# EXHIBIT B

IN THE CIRCUIT COURT OF THE 1st JUDICIAL CIRCUIT, IN AND FOR OKALOOSA COUNTY, FLORIDA

Case No. 2020 CA 001637 F

PATRICIA MORRIS,

    Plaintiff,

vs.

THE PEP BOYS-MANNY, MOE & JACK, INC., and RI SE, LLC,

    Defendants.
_____/

## DEFENDANTS JOINT NOTICE OF FILING NOTICE OF REMOVAL

Defendants THE PEP BOYS-MANNY, MOE & JACK, INC., and RI SE, LLC, hereby provide notice that a Notice of Removal in the above-styled cause of action has been filed with the Clerk of the United States District Court for the Northern District of Florida, Pensacola Division. A true and correct copy of the Notice of Removal is attached hereto as Exhibit "A" and is being filed herewith pursuant to 28 U.S.C. §§ 1332, 1441 and 1446, the latter of which provides that upon removal "the state court shall proceed no further unless and until the case is remanded."

## CERTIFICATE OF SERVICE

**I HERBY CERTIFY** that on this 19th day of October, 2020, I electronically filed the foregoing with the Clerk of the Court by using the Florida Courts E-Filing Portal, which will send a Notice of Service of Court Documents to: Wyatt M. Oakley, Esq., of Morgan & Morgan, PLLC, Counsel for Plaintiff, 220 W. Garden Street, 9th Floor, Pensacola, FL 32502 (Email: woakley@forthepeople.com; wmoservice@forthepeople.com;).

**CLYDE & CO US LLP**
*Counsel for The Pep-Boys-Manny,*
    *Moe & Jack, Inc. and RISE, LLC*
1221 Brickell Avenue, Suite1600
Miami, FL 33131
Tel: 305-446-2646
Fax: 305-441-2374

By:  */s/ Daniel B. Weiss*
**FREDERICK J. FEIN**
Fla. Bar No. 813699
Email: fred.fein@clydeco.us
Secondary: kathi.burnham@clydeco.us
Secondary: eservice@clydeco.us
**DANIEL B. WEISS**
Fla. Bar No. 021335
Email: dan.weiss@clydeco.us
Secondary: johana.socorro@clydeco.us
Secondary: eservice@clydeco.us

2